# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CALVIN COLEY, | 1:13-cv-00912-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 25.) |
| vs. | |
| P. D. BRAZELTON, et al., | ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br>(Docs. 9, 11, 19, 23.) |
| Defendants. | |

  Andrew Calvin Coley ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On January 8, 2014, findings and recommendations were entered, recommending that Plaintiff's motions for preliminary injunctive relief be denied.  (Doc. 25.)  On February 6, 2014, Plaintiff filed objections to the findings and recommendations.  (Doc. 28.)

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 8, 2014, are ADOPTED IN FULL; and

2. Plaintiff's motions for preliminary injunctive relief, filed on July 11, 2013, August 5, 2013, September 25, 2013, and November 7, 2013 are DENIED.

IT IS SO ORDERED.

Dated:  **February 11, 2014**              **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE