UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CALVIN COLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P.D. BRAZELTON, et al.,<br><br>　　　　Defendants. | 1:13-cv-00912 LJO GSA (PC)<br><br>ORDER DENYING REQUEST FOR FREE COPIES OF ALL CASE DOCUMENTS<br>(Doc. 31.)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT<br>(Doc. 32.)<br><br>30-DAY DEADLINE<br><br>ORDER FOR CLERK TO MAIL PLAINTIFF COPY OF COMPLAINT FILED JUNE 5, 2013<br>(Doc. 1.) |

**I.     BACKGROUND**

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 10, 2014, Plaintiff filed a request for free copies of all of his case documents, and on November 19, 2014, Plaintiff filed a motion to extend time to file an amended complaint. (Docs. 31, 32.)

**II.    REQUEST FOR FREE COPIES**

Plaintiff requests the court to send him copies of all of the documents filed in this case. Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to

1

parties.  The Clerk charges $.50 per page for copies of documents.  See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.  The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitled him to free copies of documents from the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.  Plaintiff was advised in this court's First Informational Order issued on June 6, 2013, that "[t]he Clerk's Office does not provide copies of documents to parties."  (First Informational Order, Doc. 3 at 2.)

Plaintiff asserts that his personal property, including legal documents pertaining to this case, was lost by prison officials.  In this instance, and in light of the fact that the court has ordered Plaintiff to amend the Complaint, the Court shall make a one-time exception and provide Plaintiff with a free copy of his Complaint.  However, any other requests for copies must be accompanied by pre-payment of copy costs and a sufficiently-large self-addressed envelope affixed with sufficient postage to return the copies to Plaintiff.

### III.    PLAINTIFF'S NOTICE TO THE COURT

In his request for copies, Plaintiff notifies the court that he fears for his safety because he has an enemy at the prison, and he has made four requests to prison officials for transfer to another facility.  The court acknowledges receipt of Plaintiff's notice.  However, Plaintiff has not requested specific action by the court or described conditions of imminent danger requiring immediate action.

### IV.    REQUEST FOR EXTENSION OF TIME

Plaintiff requests an extension of time to file a First Amended Complaint, pursuant to the court's order of October 30, 2014.  Good cause having been presented to the court, the extension of time shall be granted.

### V.    CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1.    Plaintiff's request for free copies of all of his case documents is DENIED;

///

2

2. Plaintiff is GRANTED an extension of time until thirty (30) days from the date of service of this order in which to file a First Amended Complaint, pursuant to the court's order of October 30, 2014; and

3. The Clerk is DIRECTED to send Plaintiff a copy of his Complaint filed on June 5, 2013 (Doc. 1).

IT IS SO ORDERED.

Dated: **November 20, 2014**                                 **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE