# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CALVIN COLEY,  Plaintiff,  v.  BRIAN DUFFY, et al.,  Defendants. | Case No. 1:13-cv-00912-BAM-PC  ORDER RE-DESIGNATING ACTION |

Plaintiff Andrew Calvin Coley is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

On June 17, 2013, Plaintiff filed a consent to proceed before a magistrate judge. (ECF No. 7.) On July 1, 2013, Plaintiff filed a decline to proceed before a magistrate judge. (ECF No. 8.) Plaintiff's decline is submitted on a form for decline or consent, and sets forth no grounds for withdrawal of consent.

"The right to adjudication before an Article III judge is an important constitutional right" which can be waived. United States v. Neville, 985 F.2d 992, 999 (9th Cir. 1993). Once the parties have consented to magistrate judge jurisdiction in a civil case under 28 U.S.C. § 636(c)(1), the reference to the magistrate judge can be withdrawn by the Court only "for good cause shown on its own motion, or under *extraordinary circumstances* shown by any party." 28

U.S.C. § 636(c)(4) (emphasis added); Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993) ("There is no absolute right, in a civil case, to withdraw consent to trial and other proceedings before a magistrate judge."). Here, Plaintiff previously consented to magistrate judge jurisdiction. (ECF No. 7.) Plaintiff sets forth no grounds for withdrawal of consent, and therefore fails to make any showing of extraordinary circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's decline to proceed before a magistrate judge is denied; and
2. The Clerk's Office is directed to re-designate this action with the undersigned as the presiding judge. The correct case number is **1:13-cv-00912-BAM-PC**, and shall be used on all correspondence.

IT IS SO ORDERED.

Dated:   **April 5, 2016**            /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

2